1  Robert B. Jobe (Cal. State Bar #133089)
   Sarah B. Castello (Cal. State Bar #244735)
2  Caroline Swindells (Cal. State Bar # 264960)
   Anna L. Benvenue (Cal. State Bar # 261436)
3  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Suite 200
4  San Francisco, CA 94108
   (415) 956-5513 (phone)
5  (415) 840-0308 (direct fax)

6  Attorneys for Petitioners

7  Joseph P. Russoniello (Cal. State Bar # 44332)
   United States Attorney
8  Joann M. Swanson (Cal. State Bar # 88143)
   Chief. Civil Division
9  Melanie L. Proctor (Cal. State Bar # 22879)
   Assistant United States Attorney
10 4450 Golden Gate Ave., Box 36055
   San Francisco, CA 944102
11 (415) 436-6730
   (415)436-7169
12
   Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DHILLON, ET AL. | No. 3:10-cv-00723-EMC |
| Petitioners, | JOINT STIPULATION FOR TEMPORARY STAY |
| v. | OF PETITIONER'S REMOVAL ; ORDER |
| MAYORKAS, ET AL. | DHS Alien Number: Ruby Dhillon A# 076-694-420 |
| Respondents. | |

Petitioner, Ruby Dhillon ("Mrs. Dhillon") has moved the Court for an **emergency** temporary restraining order, ordering Respondents and their agents to stay her removal from the United States to the Philippines pending a hearing on her complaint for relief under the

Administrative Procedure Act. 5 U.S.C. § 706(2)(A).

Petitioners and Respondents hereby stipulate to a temporary stay of Mrs. Dhillon's removal, pending the Court's hearing and ruling on Petitioners' motion for an emergency temporary restraining order. The parties further request that the deadline for Respondents' opposition brief be on March 3, 2010, the deadline for Petitioners' response be on March 10, 2010, and that a hearing on Petitioner's motion be held on March 17, 2010 at 10:30 a.m.

Dated: February 25, 2010      Respectfully submitted,

By:    /s/ Robert B. Jobe
        ROBERT B. JOBE
        Attorney for Petitioners

By:    /s/ Melanie L. Proctor
        Melanie L. Proctor
        Assistant U.S. Attorney
        Attorneys for the Respondents

## [PRO~~POS~~ED] ORDER

Pursuant to this motion and for the reasons stated therein, IT IS HEREBY ORDERED that Respondents' reply to Petitioners' motion for an emergency temporary restraining order staying her removal is due on or before <u>March 3, 2010</u>, that Petitioners' response be due on or before <u>March 10, 2010</u>, and that a hearing on the matter be held on March 1~~7, 2010 at 10:30 a.m.~~ 24, 2010 at 3:00 p.m.

IT IS SO ORDERED.

Dated: 3/1/10         _____
                                     UNITED STATES DISTRICT JUDGE
                                     EDWARD M. CHEN

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen