Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (direct fax)

Attorneys for Plaintiffs

Joseph P. Russoniello (Cal. State Bar # 44332)
United States Attorney
Joann M. Swanson (Cal. State Bar # 88143)
Chief. Civil Division
Melanie L. Proctor (Cal. State Bar # 22879)
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
(415) 436-6730
(415)436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBY DHILLON, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>MAYORKAS, ET AL.<br><br>    Defendants. | No. 3:10-cv-00723-EMC<br><br>**STIPULATION TO CONTINUE HEARING DATE AND RESET BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>DATE:  July 21, 2010<br>TIME:  10:30 a.m.<br>CTRM:  C, 15th Floor |

Plaintiffs, by and through their attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to continue the hearing date on the Cross-Motions for Summary Judgment, currently scheduled on July 21, 2010, at 10:30 a.m.,

on the following grounds:

1. Plaintiffs filed a Motion for Summary Judgment on June 9, 2010. Defendants filed their Opposition and Cross-Motion for Summary Judgment on June 23, 2010. Plaintiffs' Reply to Defendants' Opposition is currently due on June 30, 2010 and a motions hearing is scheduled before the Court on June 21, 2010 at 10:30 a.m.

2. Due to a very high caseload and traveling plans, Plaintiffs' counsel respectfully requests that the hearing date on the motions be continued and the briefing schedule reset.

3. Defendants' counsel has indicated that she has no opposition to resetting the hearing date and the briefing schedule as set forth below.

4. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the motion hearing date and briefing schedule as follows:

Plaintiffs' Reply to Defendants' Opposition: July 7, 2010

Defendants' Reply: July 14, 2010

Hearing on Cross-Motions for Summary Judgment: August 4, 2010 at 10:30 a.m.

Dated: June 30, 2010                    Respectfully submitted,

By:  /s/ Robert B. Jobe
     ROBERT B. JOBE
     Attorney for Petitioners

By:  /s/Melanie L. Proctor
     Melanie L. Proctor
     Assistant U.S. Attorney
     Attorneys for the Respondents

//
//
//
//
//
//

Stipulation to Continue Hearing Date and Reset Briefing Schedule
No. 3:10-cv-00723-EMC                    2

# [PROP~~OSE~~D] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing date be continued and the briefing schedule be reset as follows:

Plaintiffs' Reply to Defendants' Opposition: July 7, 2010

Defendants' Reply: July 14, 2010

Hearing on Cross-Motions for Summary Judgment: August 4, 2010 at ~~10:30 a.m.~~  3:00 p.m.

IT IS SO ORDERED.

Dated: 7/9/10

EDWARD M. CHEN
United States M...

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*